UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jorge & Elicia Berra, | ) | Case No. 10-04067 |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: December 19th, 2012 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                  December 27, 2011

Period for Which
Compensation is sought:      November 28, 2011 to Close of Case

Amount of Fees sought:       $1,731.50

Amount of Expense
Reimbursement sought:        $0.00

This is an:     Interim Application __         Final Application _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-__ .

Dated:  November 20, 2012              Baldi Berg & Wallace, Ltd.


By: ____/s/Joseph A. Baldi_____
         Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jorge & Elicia Berra, | ) | Case No. 10-04067 |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: December 19th, 2012 |
| | ) | Hearing Time: 10:30 A.M. |

### Application for Allowance and Payment of Final Compensation
### of Baldi Berg & Wallace, Ltd., Attorneys for Trustee

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of

the estate ("Estate") of Jorge & Elicia Berra, debtors  ("Debtors"), pursuant to section 330 of title 11,

United States Code ("Code"), request this Court to enter an order for the allowance and payment to

BBW of $1,731.50 as final compensation for 8.00 hours of legal services rendered to the Trustee

from November 28, 2011 through the close of this case.  In support thereof, BBW respectfully states

as follows:

### Introduction

1.      Debtors commenced this case on February 2, 2011 by filing a voluntary petition for

relief under chapter 7 of the Code.

2.      Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this

case.

3.      As of the commencement of this case, the Estate's primary assets were the Debtors'

interests in certain motor vehicles ("Property").

4.      The bar date for filing claims in this case was April 13, 2012.

### Retention of BBW

5.      On December 27, 2011, the Court entered an ordered authorizing Trustee to employ

Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as his counsel in this case.  A copy of

the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6.     The professional qualifications and experience of the BBW attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Ricki K. Podorovsky – Paralegal

**Prior Compensation Received**

7.     This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

**Services Rendered by BBW**

8.     Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.     The services rendered by BBW during the period covered by this Application are summarized as follows: BBW prepared and presented the Trustee's Motion to Employ Attorneys; BBW represented the Trustee with respect to the negotiation with the Debtors for the purchase or turnover of the Property; BBW prepared and presented the Trustee's Motion to Sell the Property to the Debtors; BBW advised the Trustee as to the collection of monies from the Debtors pursuant to the terms of the order selling the Property; BBW prepared this final fee application; and BBW otherwise represented and advised the Trustee with respect to his duties under the Bankruptcy Code.

In connection with the foregoing, BBW spent 8.00 hours for which it requests allowance and payment of final compensation in the amount of $1,731.50.

### Compensation Requested

10. BBW has expended a total of 8.00 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $1,731.50.

11. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind. express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

14. BBW has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of

Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

17.     The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18.     Trustee has completed and filed his Final Report simultaneously herewith.  A Final Fee Application for the Trustee has also been filed concurrently with this Application.

## Financial Condition of the Case

19.     The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case representing approximately 32.50% of allowed timely filed claims.

## Trustee's Approval

21.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.     Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $1,731.50 for actual and necessary professional services rendered to the Trustee from November 28, 2011 through the closing of this case; and

4

B.    For such other and further relief as this Court deems appropriate.

Dated: October 17, 2012

Baldi Berg & Wallace, Ltd.

Attorneys for Joseph A. Baldi, as trustee of the estate of Jorge & Elicia Berra, debtors

By:_____ /s/Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, IL 60603
312.726.8150

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-04067 |
| ELICIA AND JORGE BERRA | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ General Counsel

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Elicia & Jorge Berra, debtors, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: _____

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:  December 27, 2011

**Prepared by:**

Joseph A. Baldi/ID No. 00100145
Elizabeth C. Berg/I.D. No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, Illinois  60603
(312) 726-8150

**Baldi Berg & Wallace**
**Final Fee Application**

**Jorge & Elicia Berra, Debtors**
**Case No. 10-04067**

**Professional Qualifications**

**Exhibit B**

### Baldi Berg & Wallace, Ltd.

<u>Joseph A. Baldi</u>

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.  He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg & Wallace, Ltd.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Baldi Berg & Wallace**
**Final Fee Application**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**    (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

October 11, 2012
Invoice No:    02101

Joseph A. Baldi, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**    *Berra - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/28/2011 | RKP | Berra-further draft motion for turnover of property | 1.00<br>$190.00/ hr | $190.00 |
| 12/04/2011 | RKP | Draft Trustee's Motion to Employ Attorneys (.50); affidavit and proposed order (.20); draft motion to sell property to debtors (1.20); draft notice of hearing on motion to sell (.50). | 2.40<br>$190.00/ hr | $456.00 |
| 12/05/2011 | RKP | Amend Motion to Employ Attorneys (.3); amend motion to sell property (.5); prepare exhibits to motion (.1); prepare 2002 service list (.2); prepare motions for filing and service (.3); efile motions (.2). | 1.60<br>$190.00/ hr | $304.00 |
| 12/27/2011 | JAB | Appear in Court-Trustee's Motion to Employ Attorneys and Trustee's Motion to Sell to Debtors | 0.30<br>$425.00/ hr | $127.50 |
| 3/01/2012 | JAB | Review and respond to emails from debtor re payments | 0.50<br>$450.00/ hr | $225.00 |
| 10/11/2012 | RKP | Prepare BBW Final Fee Application (1.5); prepare coversheet, proposed order, coversheet and affidavit (.4); review and edit documents (.3) | 2.20<br>$195.00/ hr | $429.00 |

**Baldi Berg & Wallace, Ltd**

10/11/2012

Berra - General Administration                                    Page    2

|  |  |
|---|---|
| Total Fees | $1,731.50 |
| Total New Charges | $1,731.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,731.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 0.30 | $425.00 |
| Joseph A Baldi | 0.50 | $450.00 |
| Ricki K Podorovsky | 5.00 | $190.00 |
| Ricki K Podorovsky | 2.20 | $195.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Jorge & Elicia Berra, Debtors**
**Case No. 10-04067**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jorge & Elicia Berra, | ) | Case No. 10-04067 |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook     )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this _8_ day of November, 2012

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**