# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| BERRA, ELICIA | § | Case No. 10-04067 |
| BERRA, JORGE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on December 19, 2012
in Courtroom 613, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner _____
                                         Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*

*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| BERRA, ELICIA | § | Case No. 10-04067 |
| BERRA, JORGE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 4.45 |
| leaving a balance on hand of[1] | $ | 8,995.55 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $   1,650.00 | $   0.00 | $   1,650.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $   1,731.50 | $   0.00 | $   1,731.50 |
| Other: International Sureties | $   4.45 | $   4.45 | $   0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,381.50 |
| Remaining Balance | $ | 5,614.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,293.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  32.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution Inc | $       9,130.00 | $       0.00 | $       2,963.87 |
| 000002 | Quantum3 Group LLC as agent for | $       168.74 | $       0.00 | $       54.78 |
| 000003 | Discover Bank - DB Servicing Corporation | $       7,295.38 | $       0.00 | $       2,368.30 |
| 000004 | Capital One, N.A. | $       699.59 | $       0.00 | $       227.10 |

Total to be paid to timely general unsecured creditors          $          5,614.05

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-04067-TAB
Elicia Berra                                                      Chapter 7
Jorge Berra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 3          Date Rcvd: Nov 20, 2012
                             Form ID: pdf006          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2012.
```
db           +Elicia Berra,    6554 S. Keeler,    Chicago, IL 60629-5115
jdb           Jorge Berra,    6544 S. Keeler,    Chicago, IL 60629
aty          +Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
15050922     +AT&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
15050924      CBNA,    P.O. Box 769006,    San Antonio, TX 78245-9006
15050940     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Washington Mutual,    PO Box 1093,    Northridge, CA 91328-1093)
15050923      Capital One, N.A.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
18423217     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
15050925      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15050926     +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
15050927      Citibank, N.A.,    PO Box88923,    Des Moines, IA 50368-8923
15050933     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:   HSBC/Best Buy,    P.O. Box 15519,    Wilmington, DE 19850)
15050934     +Hsbc/Carsn,    PO Box 15521,    Wilmington, DE 19850-5521
15050936     +Penncro Associates, Inc.,    95 James Way, Suite 113,    Southampton, PA 18966-3847
15050937      Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
15050938      UNLV/Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
15050941      WFNNB/The Avenue,    PO Box 2974,    Shawnee Mission, KS 66201-1374
15050939      Wachovia Mortgage, FSB,    4101 Wiseman Blvd,    #MC-T6D2,    San Antonio, TX 78251-4200
15380310     +Yellow Book Sales & Distribution Inc,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
               Timonium, MD 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15050928      E-mail/Text: ctcdupecust@cornwelltools.com Nov 21 2012 02:48:18      Cornwell Quality Tools,
               667 Seville Rd,    Wadsworth, OH 44281-1077
15050929      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2012 02:57:19      Discover Finance,
               PO Box 15316,    Wilmington, DE 19850-5316
18394843      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2012 02:57:19
               Discover Bank - DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
15050930      E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2012 03:01:41      GEMB/JCP,    PO Box 984100,
               El Paso, TX 79998-4100
15050931     +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2012 02:59:08      GEMB/Walmart,    P.O. Box 981400,
               El Paso, TX 79998-1400
15050932     +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2012 02:47:33      GMAC,    15303 S 94th Avenue,
               Orland Park, IL 60462-3825
15050935     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 21 2012 02:44:10      Kohls Department Store,
               N56 W17000 Ridge Wood Drive,    Menomonee Falls, WI 53051-7096
18378431      E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2012 02:49:16
               Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                 TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: ccabrales          Page 2 of 3          Date Rcvd: Nov 20, 2012
                             Form ID: pdf006           Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2012**                    **Signature:**            *Joseph Speetjens*

District/off: 0752-1              User: ccabrales              Page 3 of 3              Date Rcvd: Nov 20, 2012
                                 Form ID: pdf006              Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
          Gloria C  Tsotsos    on behalf of Creditor  JPMorgan Chase Bank, National Association
           nd-three@il.cslegal.com
          James L Hardemon    on behalf of Debtor Elicia Berra bknotices@legalremedieschicago.com,
           jhardemon@legalremedieschicago.com
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 5