UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BERRA, ELICIA § Case No. 10-04067
BERRA, JORGE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC 15303 S 94th Avenue Orland Park, IL 60462 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wachovia Mortgage, FSB 4101 Wiseman Blvd #MC-T6D2 San Antonio, TX 78251-4200 | | | | | |
| | Washington Mutual PO Box 1093 Northridge, CA 91328-1093 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Processing Center Des Moines, IA 50363 | | | | | |
| | CBNA P.O. Box 769006 San Antonio, TX 78245-9006 | | | | | |
| | Capital One, N.A. 2730 Liberty Avenue Pittsburgh, PA 15222-4704 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, N.A. PO Box88923 Des Moines, IA 50368-8923 | | | | | |
| | Cornwell Quality Tools 667 Seville Rd Wadsworth, OH 44281-1077 | | | | | |
| | GEMB/JCP PO Box 984100 El Paso, TX 79998-4100 | | | | | |
| | GEMB/Walmart P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | HSBC/Best Buy P.O. Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Carsn PO Box 15521 Wilmington, DE 19805 | | | | | |
| | Sears PO Box 6189 Sioux Falls, SD 57117-6189 | | | | | |
| | UNLV/Citi PO Box 6241 Sioux Falls, SD 57117-6241 | | | | | |
| | Wachovia Mortgage, FSB 4101 Wiseman Blvd San Antonio, TX 78251-4200 | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK - DB SERVICING CORPOR | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000001 | YELLOW BOOK SALES & DISTRIBUTION IN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1 - BERRA

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-04067 | TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | BERRA, ELICIA | | | Date Filed (f) or Converted (c): | 02/02/10 (f) |
| | BERRA, JORGE | | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 03/18/13 | | | Claims Bar Date: | 04/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single Family Home Location: 6554 S. Keeler, Chica | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home 5710 Crestland Drive Corpus Chr | 103,177.00 | 0.00 | OA | 0.00 | FA |
| Trustee investigated liquiation of real property; no equity to estate; order entered 4/11 compeling Trusee to abandon | | | | | |
| 3. Checking Account - Harris Bank | 700.00 | 0.00 | | 0.00 | FA |
| 4. Household Furnishings - Living Roon, Dining Room, | 800.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance - State Farm Death Benefit - $50,00 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance - State Farm Death Benefit - $99,00 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance - State Farm (Children's Policy) De | 0.00 | 0.00 | | 0.00 | FA |
| 9. Employer Provided Pension (Now Collecting) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Cumbias Towing Service Value Indeterminate | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Chevorlet Tahoe - 58,000 Miles | 13,100.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Ford 450 Tow Truck - 58,784 Vehicle for Busin | 14,000.00 | 0.00 | | 0.00 | FA |
| 13. 2002 International Tow Truck - 258,169 Vehicle for | 15,000.00 | 7,500.00 | | 7,500.00 | FA |
| 14. 1997 Chevrolet Pick-Up Truck Vehicle for Business | 1,525.00 | 1,000.00 | | 1,125.00 | FA |
| 15. 1998 Chevrolet Pick-Up Truck Vehicle for Business | 2,360.00 | 500.00 | | 375.00 | FA |
| 16. Mechanic Tools | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. Tax Refunds | 1,435.00 | 0.00 | | 0.00 | FA |
| refund received pre petition | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $319,497.00 | $9,000.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case 10-04067   Doc 50   Filed 03/29/13   Entered 03/29/13 11:14:43   Desc Main
Document      Page 9 of 12

FORM 1 - BERRA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-04067    TAD    Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BERRA, ELICIA | Date Filed (f) or Converted (c): | 02/02/10 (f) |
| | BERRA, JORGE | 341(a) Meeting Date: | 03/12/10 |
| | | Claims Bar Date: | 04/13/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursued liquidation of vehicles; Trustee negotiated with Debtors for sale of equity in vehicles back to Debtors;

order entered 12/11 authorizing Trustee to sell the property to Debtors; Debtors authorized to pay Trustee in

installments Trustee monitored payments; reviewed claims; preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 09/30/12


        /s/    Joseph A. Baldi, Trustee
_____   Date: 03/18/13
        JOSEPH A. BALDI, TRUSTEE

FORM 2 Page: 1
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-04067 -TAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BERRA, ELICIA | Bank Name: | Congressional Bank |
| | BERRA, JORGE | Account Number / CD #: | *******2954  Main Checking |
| Taxpayer ID No: | *******4413 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/12 | 13 | Elicia and Jorge Berra | SALE PROCEEDS: VEHICLES | 1129-000 | 4,500.00 | | 4,500.00 |
| 02/02/12 | 13 | ELICA BERRA<br>Jorge Berra<br>6554 S Keeler Avenue<br>Chicago, IL 60629 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,125.00 | | 5,625.00 |
| 02/07/12 | 000101 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 4.45 | 5,620.55 |
| 03/05/12 | 13 | ELICA BERRA<br>Jorge Berra<br>6554 S Keeler Avenue<br>Chicago, IL 60629 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,125.00 | | 6,745.55 |
| 04/20/12 | 13, 15 | ELICA BERRA<br>Jorge Berra<br>6554 S Keeler Avenue<br>Chicago, IL 60629 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,125.00 | | 7,870.55 |
| 06/05/12 | 14 | ELICA BERRA<br>Jorge Berra<br>6554 S Keeler Avenue<br>Chicago, IL 60629 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,125.00 | | 8,995.55 |
| 12/21/12 | 000102 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,731.50 | 7,264.05 |
| 12/21/12 | 000103 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,650.00 | 5,614.05 |
| 12/21/12 | 000104 | Yellow Book Sales & Distribution Inc | Claim 000001, Payment 32.46298% | 7100-000 | | 2,963.87 | 2,650.18 |
| | | | Page Subtotals | | 9,000.00 | 6,349.82 | |

Ver: 17.01

FORM 2 PAGE 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-04067 -TAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BERRA, ELICIA | | Bank Name: | Congressional Bank |
| | BERRA, JORGE | | Account Number / CD #: | *******2954  Main Checking |
| Taxpayer ID No: | *******4413 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/21/12 | 000105 | c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium, MD 21094<br>Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 32.46415% | 7100-000 | | 54.78 | 2,595.40 |
| 12/21/12 | 000106 | Discover Bank - DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 32.46301% | 7100-000 | | 2,368.30 | 227.10 |
| 12/21/12 | 000107 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000004, Payment 32.46187% | 7100-000 | | 227.10 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 9,000.00 | 9,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,000.00 | 9,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Main Checking - *******2954 | 9,000.00 | 9,000.00 | 0.00 |
| | 9,000.00 | 9,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     2,650.18

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-04067 -TAD | Trustee Name: | Joseph A. Baldi, Trustee | |
| Case Name: | BERRA, ELICIA | Bank Name: | Congressional Bank | |
| | BERRA, JORGE | Account Number / CD #: | *******2954  Main Checking | |
| Taxpayer ID No: | *******4413 | | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.01